**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>ATTORNEY JEFFREY K. MARTIN, ESQ., A MEMBER OF THE BAR OF THIS COURT | MISC. A. NO. 14-242-LPS-SLR-RGA |

**NOTICE OF HEARNG ON PETITION FOR REINSTATEMENT**
**FILED BY JEFFREY K. MARTIN, ESQ.**

On February 26, 2015, the United States District Court for the District of Delaware (the "Court") suspended Jeffrey K. Martin, Esq. from the practice of law for four months retroactive to November 18, 2014.

On March 30, 2015, Mr. Martin petitioned the Court for reinstatement to practice law before the Court (the "Petition").

On April 7, 2015, pursuant to D. Del. LR 83.6(g)(3), the Court appointed the undersigned to serve as counsel with regard to the Court's consideration of the Petition.

The Court will hold a hearing to consider the Petition on **Tuesday, May 5, 2015 at 1:30 p.m.**

Any person desiring to comment on the Petition shall submit a written statement addressed to Brian E. Farnan, 919 N. Market Street, 12th Floor, Wilmington, Delaware 19801 no later than **April 24, 2015**.

Dated: April 13, 2015

    Brian E. Farnan
    Brian E. Farnan (Bar No. 4089)
    FARNAN LLP
    919 Market Street, 12th Floor
    Wilmington, Delaware 19801
    Tel: (302) 777-0300
    Fax: (302) 777-0301
    bfarnan@farnanlaw.com